

Villanova University School of Law
Villanova University School of Law Digital Repository

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-29-2007

# Lindsey v. Caterpillar Inc

Precedential or Non-Precedential: Precedential

Docket No. 05-4406

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Lindsey v. Caterpillar Inc" (2007). *2007 Decisions.* Paper 1374.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1374

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 05-4406
_____


ROSARIO LINDSEY, individually and as
Executrix of the Estate of Charles Lindsey,
Appellant

v.

CATERPILLAR, INC.
_____

On Appeal from the United States District Court
for the District of New Jersey
No. 03-cv-05762
District Judge:  Honorable Garrett E. Brown, Jr., Chief Judge
_____


**ORDER AMENDING OPINION**


It appearing that the Clerk made a typographical error in the spelling of the name of counsel for Appellant, the precedential opinion filed on March 26, 2007 is hereby amended to correct that typographical error.  Neil E. Durkin, not Neil E. Durking, argued on behalf of Appellant.  The letter "g" is deleted from the listing of counsel's name on page one.  This amendment does not change the date of filing, March 26, 2007.

For the Court,


/s/ Marcia M. Waldron
Clerk

Dated:  March 29, 2007

lwc/cc:  RGB        NED        JHK